UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

CURTIS BESS,

          Plaintiff,

-against-

DETECTIVE FRANCIS KIERNAN
and DETECTIVE JOHN MCDONALD,

          Defendants.

------------------------------------------------------X

ORDER
11 CV 5205 (WFK)(LB)

**BLOOM, United States Magistrate Judge:**

      By letter dated November 21, 2011, the Assistant Corporation Counsel assigned to this case identifies Detectives Kiernan and McDonald as the detectives who were involved in plaintiff's arrest on September 16, 2011. (Docket entry 5.) The Clerk of Court is hereby directed to amend the caption on the complaint to reflect the names of these defendants. The Clerk of Court shall also prepare the necessary papers to have defendants Kiernan and McDonald served with process. The United States Marshals Service is hereby directed to serve the summons and complaint on defendants Kiernan and McDonald at the following addresses:

          Detective Francis Kiernan
          Shield No. 6293
          67th Police Precinct
          Detective Squad
          2820 Snyder Avenue
          Brooklyn, NY 11226

          Detective John McDonald
          Shield No. 3142
          Brooklyn South Homicide Task Force
          PSA 1
          2860 W. 23rd Street
          Brooklyn, NY 11224

SO ORDERED.

LOIS BLOOM
United States Magistrate Judge

Dated: November 22, 2011
       Brooklyn, New York